UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR12-017-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| CODY RUSSELL SHIPLEY, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 25, 2013. The United States was represented by AUSA Nicholas Brown and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 14, 2012 by the Honorable Thomas S. Zilly on a charge of Felon in Possession of a Firearm and sentenced to 12 months and one day in custody, 3 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing and treatment, abstain from alcohol, submit to search, participate in mental health treatment including Moral Reconation Therapy,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

and provide access to financial information upon request. (Dkt. 28.)

In an application dated (Dkt. 29, 30), U.S. Probation Officer Analiese D. Johnson alleged the following violations of the conditions of supervised release:

1. Failure to submit to drug testing on November 30, December 13, 18, 19, and 20, 2012.

2. Failure to notify the probation officer to a change in residence on or about December 11, 2012, in violation of standard condition no. 6.

3. Failure to submit to a mental health assessment on or about December 19, 2012.

At hearing, the government moved to amend alleged violation 1 to delete the allegation that defendant failed to submit to drug testing on November 30. (Dkt. 32.)

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations as amended and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1-3, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained. A status hearing regarding detention has been scheduled for February 1, 2013.

DATED this 25th day of January, 2013.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Thomas S. Zilly
AUSA: Nicholas Brown
Defendant's attorney: Jennifer Wellman, Cory Endo
Probation officer: Analiese D. Johnson