UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CODY RUSSELL SHIPLEY,<br><br>    Defendant. | CASE NO. CR12-017-TSZ<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on February 1, 2013. The United States was represented by AUSA Nicholas Brown and the defendant by Corey Endo and Rule 2 Intern Hayley Fulton. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 14, 2012 by the Honorable Thomas S. Zilly on a charge of Felon in Possession of a Firearm, and sentenced to 12 months and 1 day custody, 3 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing and treatment, abstain from alcohol,

submit to search, participate in mental health treatment including Moral Reconation Therapy, and provide access to financial information upon request. (Dkt. 28.)

At a hearing on January 25, 2013, defendant admitted violating the conditions of supervised release by failing to submit to drug testing, failing to notify his probation officer of a change in residence, and failing to submit to a mental health assessment. (Dkt. 35.) That matter is set for disposition before Judge Zilly on February 14, 2013.

A supplemental violation report was filed by defendant's probation officer, Analiese Johnson, on January 28, 2013 (amended in court on February 1, 2013), alleging that defendant violated the conditions of supervised release as follows:

4. Committing new criminal law violations of Solicitation of Possession of a Controlled Substance (one count) and Attempted Unlawful Possession of a Payment Instrument (one count) on January 16, 2013, in violation of the standard condition that he not commit another federal, state, or local crime.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the violation as amended and waived any evidentiary hearing as to whether it occurred. (Dkt. 39.)

I therefore recommend the Court find defendant violated his supervised release as alleged in amended violation 4, and that the Court conduct a hearing limited to the issue of disposition. This matter will be incorporated in the disposition hearing on violations 1, 2, and 3 currently set before Judge Zilly.

///

///

Pending a final determination by the Court, defendant has been detained.

DATED this 1st day of February , 2013.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Thomas S. Zilly
AUSA: Nicholas Brown
Defendant's attorney: Corey Endo
Probation officer: Analiese Johnson